IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY CARRASQUILLO-RODRIGUEZ, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CASE NO. 2:19-CV-526-WKW |
| UNITED STATES OF AMERICA, | ) ) | [WO] |
| Respondent. | ) ) | |

## **ORDER**

Before the court is Petitioner's Rule 41 Dismissal, which Petitioner has filed as a "protest" to the Magistrate Judge's Recommendation that his case be transferred to the United States District Court for the District of Puerto Rico. (Doc. # 12.) Although the Recommendation's findings and conclusions are correct, Petitioner has exercised his right under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure to dismiss this action. Accordingly, because Petitioner's notice comports with Rule 41(a)(1)(A)(i), his action against the United States of America has been dismissed by operation of Rule 41(a)(1).

The Clerk of the Court is DIRECTED to close this case.

DONE this 10th day of September, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE